AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) |
| --- | --- |
| v. | ) |
| | ) Case No. 1:25mj58 MAL |
| PETER DANIEL RING | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __05/17/2025 - 09/22/2025__ in the county of __Gilchrist__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 875(c) | Interstate Communications |

This criminal complaint is based on these facts:
See attached Affidavit, which is incorporated by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Task Force Officer Jayson Francis, FBI
Printed name and title

Sworn to ~~before me and signed in my presence.~~
ML by telephone. Fed. R. Crim. P. 4.1

Date: October 7, 2025

_____
Judge's signature

City and state: Gainesville, Florida

U.S. Magistrate Judge Midori Lowry
Printed name and title