IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

PETER DANIEL RING

Case No. 1:25mj 58 MAL

CRIMINAL COMPLAINT AFFIDAVIT

I, Jayson Francis, being a duly sworn and appointed Task Force Officer (TFO) for the Federal Bureau of Investigation (FBI), hereby make the following statement in support of the attached criminal complaint.

1.  I am a sworn Deputy Sheriff of the Alachua County Sheriff's Office, where I have been employed since February 9, 2004. I currently hold a position as a Detective assigned to the Criminal Investigations Division. I am a sworn federal law enforcement officer and Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), assigned to the Jacksonville Division, Gainesville Resident Agency, where I have been assigned since October of 2014. For approximately eight years, I was assigned to the Safe Streets Task Force (SSTF), where I investigated violent crimes, drug offenses, human trafficking, criminal street gangs, and other related offenses. For the past two years, I have been assigned to the Joint Terrorism Task Force (JTTF), where my duties and responsibilities include the

investigation of incidents involving domestic terrorism and violations of federal statutes covered by Title 18 of United States Code.

2. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 875(c) have been committed by Peter Daniel Ring.

3. On August 25, 2025, the FBI National Threat Operations Center (NTOC) Exigent Threat Research Analysis Crisis Team (EXTRACT) received information pursuant to a voluntary disclosure from Google regarding a YouTube user who posted threatening statements online:

    a. Google identified the subscriber of the account by display name: "Daniel Ring," email address: "danielring159012@gmail.com," date of birth: "July 24, 1995," recovery phone: "(862) 309-2519," and last login IP address: "216.36.212.229." Google identified the user's last location via IP in Bell, Florida, within the Northern District of Florida.

    b. Google provided the content of written comments that were uploaded to YouTube. The following is a summary of content provided:

   i. 08/21/2025: Give me a weapon and every muslim will be dead. Death to those kids and death and extermination of islam muslims.

   ii. 08/20/2025: Death to Democrats communists one day we Patriots will kill u all.

   iii. 08/19/2025: I cannot wait to kill a muslim. Death to islam muslims.

   iv. 08/15/2025: Death to Nancy Pelosi and Pelosi family. One day she will get her reckoning.

   v. 07/29/2025: Brian tyler Cohen please just die. People like u are why people like me have mini arsenals in my house. Death to u and every Democrat communist. Trump Vance won cry liberals cry.

   vi. 07/11/20215: Death to Christina rampell. Bitches like her need to be killed. I want her dead and when she does someone please tell me so we can kill her family as well. Death to Democrats communists.

   vii. 06/18/2025: Death to AOC and Democrats communists.

   viii. 06/05/2025: Death to joe biden and family. We the people will one day kill you. Death to Democrats communists.

      ix. 06/04/2025: Death and extermination of Democrats communists we will kill you @ joe biden, klobucher, Obama, Ect... when the time comes we will kill u.

      x. 05/28/2025: I will kill her and every other Democrat communist.

      xi. 05/28/2025: Death to Jayapal and Decomcrats communist.

      xii. 05/17/2025: Brian Tyler Cohen please stop with your dumb liberal communist propaganda. People like you should keep your mouth shut before you end up in an unmarked grave. Death to you Democrats communists. God bless America Trump Vance 24.

4. A preservation request was submitted to Google for the account associated with email address danielring159012@gmail.com on August 27, 2025.

5. A search of Accurint for the telephone number (862) 309-2519, as provided by Google and associated with email address danielring159012@gmail.com, identified Peter Daniel Ring at 6430 NW 13th Terrace, Bell, Gilchrist County, Florida, within the Northern District of Florida, as being a user of that telephone number.

6. A search of Florida's Driver and Vehicle Information Database (DAVID) identified Peter Daniel Ring (RING) by name, date of birth, and other

personal identifiers, along with providing a current residential and mailing address at 6430 NW 13th Terrace, Bell, Florida.

7. A search of law enforcement records identified RING as the subject of a prior threat-to-life investigation by the FBI and local law enforcement partners, including the Gilchrist County Sheriff's Office (GCSO).

> a. On June 23, 2025, an email was received from "Peter Ring" that was received by the Washington Post. The subject of the email read, "Death to Christina Rampell." The body of the email read, "To Christna Rampell. I will kill every liberal Marxist communist starting with you. Mark my words when the day comes I will string you up like a lynching or whatever I come up with. Christina Rampell, I will kill you and your family. Death to Christina Rampell."
>
> b. Initial investigation led law enforcement to attempt contact with RING at his residence in Bell, Florida. It was later learned that RING was located in New York, where he (RING) had been visiting his father, Perica Trickovic.
>
> c. On June 25, 2025, FBI Albany interviewed RING at Trickovic's residence, at 2806 State Road 13, Altmar, New York 13302. RING admitted to sending the threatening email communication and advised

that he would never make such threats again and had no intent to actually cause anyone harm.

8. On August 27, 2025, the FBI interviewed Trickovic via telephone. RING visited Trickovic approximately two months prior to the date of interview. After the visit, RING returned to Florida, where RING has resided for a number of years with his (RING's) mother, Dorothy.

9. An additional search of DAVID for RING's address identified another licensed driver at that residence as Dorothy Ring.

10. An open-source search for IP address 216.36.212.229 identified the internet service provider as the Central Florida Electric Cooperative (CFEC), headquartered in Chiefland, Florida.

11. Records lawfully obtained from CFEC identified the subscriber of IP address 216.36.212.229 as Dorothy Ring at 6430 NW 13th Ter, Bell, FL 32619.

12. On or about September 4, 2025, a 2703(d) court order (1-25-mc-110) was served upon Google for records associated with email address danielring159012@gmail.com. The following is a summary information provided in return:

    a. The account was created on June 21, 2024.

    b. Approximately 10,034 activities were logged from IP address 216.36.212.229 between the dates of July 30, 2025, and August 26,

2025. Google services utilized within these activities included Gmail, drive, maps, other, photos, play, wallet, and YouTube.

13. On or about October 2, 2025, a search warrant (1:25mj56) was obtained in the United States District Court for the Northern District of Florida, Gainesville Division, and was signed by the Honorable Magistrate Judge Lowry, which authorized the search of records maintained by Google LLC for an account associated with email address danielring159012@gmail.com.

14. On or about October 3, 2025, responsive records were obtained from Google LLC, which included approximately 6,624 activities that occurred between the dates of September 4, 2025, and September 27, 2025. Approximately 5,827 activities were logged from IP address 216.36.212.229, representing approximately 88% of all account activity during that period of time. The following is a summary of threatening communication posted by RING within the YouTube application:

    a. 09/22/25: Death to mehdi hasan islam muslims Democrats communists. We are going to kill you all.

        i. This comment was posted to a YouTube video at URL https://www.youtube.com/watch?v=iL5NiLzuTo8, titled "Charlie Kirk Isn't a Martyr for Free Speech – Mehdi Hasan." As of October 6, 2025, the video had approximately 58,000 views.

b.   09/19/25: I want her executed and dead. Death to Omar

   i. This comment was posted to an unidentified video.

c.   09/15/25: To Omar and hasan. Death to u and ur family. We the people are going to kill you. The death to charlie kirk means war. Death to Omar and hasan. No more bullshit. God bless America Trump Vance 24 Vance 28 MAGA

   i. This comment was posted to a YouTube video at URL https://www.youtube.com/watch?v=Dy9BFH6LcsE, maintained by Fox News, with approximately 14.5 million subscribers, and titled "Ilhan Omar facing FIERCE backlash for Kirk comments." As of October 6, 2025, the video had approximately 669,000 views.

d.   09/12/25: no you are the traitor and you are going to die. Every democrat needs to be killed and it will happen now that charlie died. Rules are off the table. You are going to be killed and I cant wait.

   i. This comment was posted to a YouTube video at URL https://www.youtube.com/watch?v=XbgEqbYtclg, maintained by Jimmy Kimmel Live, with approximately 21.6 million subscribers, and titled, "Trump Divides America in Aftermath of Charlie Kirk Murder & Republicans Block Epstein File

Release." As of October 6, 2025, the video had approximately 4,600,000 views.

e. 09/12/25: No jimmy kimmel u divide the nation not trump. Trump is trying to unify and your a lying piece of shit. You and your family are going to be targets and going to be killed. Death to you and Democrats communists. We will kill u all. This is war. And the right will win.

    i. This comment was posted to a YouTube video at URL https://www.youtube.com/watch?v=XbgEqbYtclg, maintained by Jimmy Kimmel Live, with approximately 21.6 million subscribers, and titled, "Trump Divides America in Aftermath of Charlie Kirk Murder & Republicans Block Epstein File Release." As of October 6, 2025, the video had approximately 4,600,000 views.

f. 09/1/25: We are going to kill every Democrat. Just wait give it time they will die and the right will win. Death to Democrats communists

    i. This comment was posted to an unidentified video.

g.  09/12/25: Death to obama Democrats communists. U are next. Charlie Kirk will be avenged. All that oppose him will die. RIP Charlie kirk you just started a revolution. And we the right will win.

   i. This comment was posted to a YouTube video at URL https://www.youtube.com/watch?v=A_J3Dh2wnQA, maintained by Explain America, with approximately 552,000 subscribers, and titled "Barack Obama Stuns Everyone with Move After Charlie Kirk Fatally Shot." As of October 6, 2025, the video had approximately 424,000 views.

h.  09/11/25: Death to Democrats communists and every single anti trump kirk supporter. We are coming for you and you will die.

   i. This comment was posted to a YouTube video at URL https://www.youtube.com/watch?v=VatWE_c5NMY, maintained by Guardian News, with approximately 3,960,000 subscribers, and titled, "Trump blames 'radical left political violence' for killing of Charlie Kirk." As of October 6, 2025, the video had approximately 108,000 views.

i.  09/11/25: no the right is right. Only the left gets violent. Know your history stupid liberal shitbag. You will die as well

      i. This comment was posted to a YouTube video at URL https://www.youtube.com/watch?v=6moShA0f0rQ, maintained by Anton Daniels, with approximately 995,000 subscribers, and titled, "Black people, liberals express their hate for Charlie Kirk by saying they don't care that he's gone." As of October 6, 2025, the video had approximately 890,000 views.

j.    09/11/25: yes you stupid cunt. You know absolutely nothing about communism say it to my face and we'll see how it ends for you. By the way not very good you'll end up dead. People like you will get killed by people like me and I'm not afraid. But you should

      i. This comment was posted to a YouTube video at URL https://www.youtube.com/watch?v=PcT9rL4LLBI, maintained by Eyewitness News ABC7NY, with approximately 2,670,000 subscribers, and titled, "Former NY Gov Cuomo trailing Mamdani in mayorall poll." As of October 6, 2025, the video had approximately 46,000 views.

k.    09/10/25: Democrats you have declared war and we are going to kill every single one of you. If your a Democrat run for the hills cause we will not stop until you die. Death to Democrats communists

      i. This comment was posted to a YouTube video at URL https://www.youtube.com/watch?v=xF2QP4BGYfU, maintained by Fox News Clips, with approximately 539,000 subscribers, and titled, "I'm so mad that this happened: Jason Chaffetz." As of October 6, 2025, the video had approximately 106,000 views.

l. 09/10/25: To every democrat out there. We are coming for your life. We are never going to stop until u are all dead. Death to Democrats communists

      i. This comment was posted to a YouTube video at URL https://www.youtube.com/watch?v=w1d1yGUsVhA, maintained by NewsNation, with approximately 2,390,000 subscribers, and titled, "'UVU kinda failed him' witness at Charlie Kirk event says." As of October 6, 2025, the video had approximately 596,000 views.

m. 09/10/25: Death to obama and family. Malia and sacha your days are very limited and I will rejoice in your killings. Death to Obama's Democrats communists

      i. This comment was posted to a YouTube video at URL https://www.youtube.com/watch?v=Wl967O0PihQ, maintained

    by Dalton Fischer Podcast, with 441,000 subscribers. As of October 6, 2025, the video had approximately 442,000 views.

 n. 09/03/25: Omar we are going to kill u and take ur shit everything.

   i. This comment was posted to an unidentified video.

15. I believe that RING used the Internet, via his Google account associated with email address danielring159012@gmail.com to transmit in interstate or foreign commerce communication containing a threat to injure the person of another. This belief is based upon information provided by Google, both voluntarily and in response to court order and search warrant, through statements made by RING, and information reported to law enforcement by the Washington Post.

16. I believe that RING used the Internet, via his Google account associated with email address danielring159012@gmail.com, as a resident of Bell, Florida, within the Northern District of Florida, to consume content within the YouTube service, and subsequently post threatening content within that application. RING used a publicly viewable platform, with a demonstrably large audience, to threaten specific persons (Mehdi Hasan, Jimmy Kimmel, Barack Obama, and Ilhan Omar), including the families of specific persons (Hasan, Kimmel, Omar, and specifically the children of Former President Obama, Malia

and Sasha), and groups of people (Democrats, communists). RING further ensured that recipients of his threatening communication were placed in actual fear for their safety (paragraph 14, J., *supra*, "People like you will get killed by people like me and I'm not afraid. But you should [be]"), as if to ensure that his comments were not taken as merely rhetoric but a true threat of impending violence. Finally, RING appears to have the means to carry out his threat given his admission on 07/29/2025 in a direct post to Brian Tyle Cohen that "People like u are why people like me have mini arsenals in my house..." *See* paragraph 3(b)(v) *supra*.

17. Based upon the foregoing, there is probable cause to believe that Peter Daniel Ring has violated 18 U.S.C. § 875(c).

> Respectfully submitted,
>
> Jayson Francis, Task Force Officer
> Federal Bureau of Investigation
> Gainesville, Florida

Sworn to and subscribed before me
this  7th  day of October 2025.

Midori A. Lowry
United States Magistrate Judge