UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 1:25-cr-27-AW-MAL

PETER DANIEL RING,

   Defendant.
_____/

## ORDER OF DETENTION PENDING TRIAL

Defendant Peter Daniel Ring came before the Court today for an initial appearance. The Government filed a Motion for Pre-Trial Detention. ECF No. 16.

Before being removed to the Northern District of Florida from the Eastern District of New York, Defendant had a detention hearing and was ordered detained. ECF No. 10.

Accordingly, it is **ORDERED:**

1. The Government's Motion for Pre-Trial Detention (ECF No. 16) is granted.

2. The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with

defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED this 14th day of November, 2025.

                        s/ *Midori Lowry*
                        Midori Lowry
                        United States Magistrate Judge